IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COLUMBIA



**FILED**
SEP 2 6 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

E.B. et al.,

          Plaintiffs,

v.

MICHAEL R. POMPEO, in his official capacity as Secretary of the U.S. Department of State, et al.,

          Defendants.

Civil Action No. 1:19-cv-2856

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion to Proceed Under Pseudonyms (September 24, 2019), it is hereby

**ORDERED** that Plaintiffs' motion is **GRANTED**; and

Plaintiffs E.B., K.K., W.B., and A.K. **ARE PERMITTED** to proceed under pseudonyms.

**SO ORDERED.**

9/26/19
Date

_____
United States District Judge
J. Boasberg
Acting C.J.