IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COLUMBIA

| | |
|---|---|
| E.B. et al.,<br><br>                        *Plaintiffs,*<br><br>    v.<br><br>U.S. DEPARTMENT OF STATE, et al.,<br><br>                        *Defendants.* | Civil Action No. 1:19-cv-02856-TJK |

## STATUS REPORT

Plaintiffs write to update the Court on the status of this case.[1] The Department of State recently announced that the application window for the 2023 Diversity Immigrant Visa Program (DV-2023) is from October 6, 2021, to November 9, 2021. Absent relief from this Court, Plaintiffs will be unable to participate in a third consecutive diversity visa lottery solely because of the Passport Rule that is the subject of this legal challenge. Plaintiffs respectfully request that this Court rule on their motion for summary judgment, which has been fully briefed as of October 27, 2020, ECF Nos. 39, 42, 43, before the application window for DV-2023 closes.

---

[1] The Government takes no position on Plaintiffs' statements in this status report.

Respectfully submitted,

| | |
|---|---|
| FRIEDMAN KAPLAN SEILER & ADELMAN LLP | THE INSTITUTE FOR CONSTITUTIONAL ADVOCACY AND PROTECTION |
| | /s/ *Jonathan L. Backer* |
| Anil K. Vassanji* | Seth Wayne (D.C. Bar No. 888273445) |
| 7 Times Square | Jonathan L. Backer* (D.C. Bar No. 1613073) |
| New York, NY 10036-6516 | Mary B. McCord (D.C. Bar No. 427563) |
| (212) 833-1100 | 600 New Jersey Ave NW |
| avassanji@fklaw.com | Washington, DC 20001 |
| | (202) 662-9835 |
| | jb2845@georgetown.edu |
| *Admitted pro hac vice* | *Attorneys for Plaintiffs.* |

Dated: October 15, 2021

## CERTIFICATE OF SERVICE

  I hereby certify that on October 15, 2021, I electronically filed a copy of the foregoing. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                /s/ *Jonathan L. Backer*
                Jonathan L. Backer